IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **1:14CR16-MHT** |
| | ) | **(WO)** |
| **NINA McKINNIE MACENA** | ) | |

**ORDER**

Based on the representations made on the record during the conference call on September 30, 2014, defendant Nina McKinnie Macena's competency hearing is set for October 23, 2014, at 10:00 a.m. in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 30th day of September, 2014.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**