IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | CRIMINAL ACTION NO. |
| v.                          ) | 1:14cr16-MHT |
| ) | (WO) |
| NINA McKINNIE MACENA        ) | |

OPINION AND ORDER

A jury found defendant Nina McKinnie Macena guilty of conspiracy to file false returns, in violation of 18 U.S.C. § 286; wire fraud, in violation of 18 U.S.C. § 1343; and aggravated identity theft, in violation of 18 U.S.C. § 1028A.  This cause is now before the court on the question of whether McKinnie Macena had, and continues to have, the mental capacity to stand trial, that is, whether she was, or is, suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is not able to understand the nature and consequences of the proceedings against her or to assist properly in her

defense. See 18 U.S.C. § 4241(a). Based on evidence presented in open court on October 24, 2014, the court finds that she has had since these proceedings began, and still has, the mental capacity to stand trial.

After the jury verdict, Macena's counsel requested an examination to determine whether she was competent based on interactions with Macena that made him believe she might have undiagnosed psychological disorders, leading to irrational thinking and behavior. He also noted that she might have anti-social disorders and depression. The magistrate judge granted this request and ordered Macena committed for psychological evaluation.

Karl Kirkland, Ph.D., a licensed psychologist and certified forensic examiner, evaluated Macena at his office in Montgomery, Alabama. See 18 U.S.C. § 4241(b). Dr. Kirkland concluded that Macena "is not suffering from poor reality contact but ... is suffering from significant immaturity and compartmentalization that appears to result from

chronic exposure to severe sexual abuse as a child." Psychological Evaluation submitted by Karl Kirkland, Ph.D., dated September 9, 2014, at 5.  He concluded that Macena "is able to completely understand the charge" and that "her ability to assist is present," but noted that it "has been negatively affected by her own lack of ability to deal directly with her situation."  Id.  Although Kirkland did find that Macena had PTSD, which required intensive therapy, this diagnosis does not render her mentally incompetent to the extent that she is not able to understand the nature and consequences of the proceedings against her or to assist properly in her defense.  Id. at 5-6. Furthermore, in open court on October 24, 2014, counsel for both sides rested on this report and had nothing else to present on the issue.

    Based upon the psychological evaluation and pursuant to 18 U.S.C. § 4241(a), the court concludes that Macena was not, and is not currently, suffering from a mental disease or defect such that she is unable

3

to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

***

Accordingly, it is ORDERED and DELCARED that defendant Nina McKinnie Macena was, and is, mentally competent to stand trial in this case.

DONE, this the 27th day of October, 2014.

                                        /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**