IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       1:14cr16-MHT
                            )           (WO)
NINA McKINNIE MACENA        )
```

ORDER

It is ORDERED that defendant Nina McKinnie Macena's motion to reduce her sentence (doc. no. 98) is denied, as the court lacks the authority to grant the relief requested.

DONE, this the 9th day of March, 2016.

                                  /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE