IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        1:14cr16-MHT
                            )           (WO)
NINA McKINNIE MACENA        )
```

ORDER

Upon consideration of the opinion of the United States Court of Appeals for the Eleventh Circuit entered on February 9, 2016 (doc. no. 97), affirming the judgment of conviction and sentence pronounced in this case as to defendant Nina McKinnie Macena on October 24, 2014, and entered on October 29, 2014 (doc. no. 79), and the mandate of the United States Court of Appeals for the Eleventh Circuit issued on March 9, 2016, and received in the office of the clerk of this court on March 9, 2016 (doc. no. 99), it is the ORDER, JUDGMENT, and DECREE of the court that the judgment of conviction and sentence pronounced upon defendant Nina McKinnie Macena on October 24, 2014, and entered on

October 29, 2014 (doc. no. 79), is continued in full force and effect.

DONE, this the 10th day of March, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**