**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CRIMINAL ACTION NO. |
| v.    ) | 1:14cr16-MHT |
| ) | (WO) |
| **NINA McKINNIE MACENA**    ) | |

**ORDER**

It is ORDERED that defendant Nina McKinnie Macena's motion to reduce her sentence (doc. no. 102) is denied because the court lacks the authority to reduce defendant Macena's sentence.

DONE, this the 14th day of July, 2016.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**